United States District Court
Northern District of New York

# JUDGMENT

**JAMIE MCGINNIS**
                        Plaintiff

            VS.                        3:06-CV-997 (DNH) (GJD)

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY**

                        Defendant

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That upon stipulation of the parties the final decision of the Commissioner be and hereby is REVERSED and the matter is REMANDED to the defendant for further administrative action, this matter is hereby DISMISSED.

All of the above pursuant to the Order of the Honorable Magistrate Judge Gustave J. DiBianco dated the 17th day of , 2007.


APRIL 18, 2007                                  LAWRENCE K. BAERMAN

**DATE**                                            **CLERK OF COURT**

                                                       s/

                                                       **JOANNE BLESKOSKI**
                                                       **DEPUTY CLERK**