IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JAMIE McGINNIS,
           Plaintiff,                    Civil Action No.
                                            06-cv-0997

   v.

COMMISSIONER OF SOCIAL          **STIPULATION AND**
SECURITY,                                      **ORDER FOR ATTORNEY'S FEES**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties in the above-entitled action that no party to this action is an infant or incompetent person and that an attorney fee under the Equal Access to Justice Act (EAJA), 28 U.S.C., 2412, in the amount of $ 3318.13 be and hereby is allowed to Peter A. Gorton, Esq., Lachman & Gorton, P.O. Box 89, Endicott, New York 13760-0089.

Dated: April 25, 2007

                                            Peter A. Gorton, Esq.  104832
                                            Attorney for Plaintiff

Dated:

                                            Office of General Counsel
                                            26 Federal Plaza - Room 3904
                                            New York, New York 10278-0004

                      By:

                                            Marla Piazza Siegel  513856
                                            Special Assistant US Attorney

SO ORDERED: 5/30/07
Dated:
      Syracuse, New York

                                            HON. GUSTAVE J. DiBIANCO
                                            U.S. MAGISTRATE JUDGE

JAMIE McGINNIS
TIME RECORDS
FEDERAL DISTRICT COURT CASE
CIVIL ACTION 3:06 cv 0997

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 8/8/06 | Review adverse decision, medical records and arguments. Legal research on issues; review of McGinnis file and conference with Jamie McGinnis | 2.1 hrs |
| 8/16/06 | Prepare summons and complaint; file at District Court | 1.2 hrs. |
| 8/28/06 | Serve summons and complaint upon all parties and transmit affidavit to Court | .4 hrs. |
| 10/13/06 | Review answer from US Attorney | .2 hrs. |
| 12/18/06 | Commence review of transcript; review of all medical records | 3.8 hrs |
| 12/29/06 | Review testimony; non-medical portions of the transcript; examine necessary parts of medical records again | 4.7 hrs |
| 1/18/07 | Legal research; first draft trial brief | 4.1 hrs |
| 1/25/07 | Complete trial brief and dictate correspondence to send to District Court and US Attorney | 3.5 hrs |
| 3/9/07 | Agreement to extension for U.S. Attorney | .2 hrs |
| 4/17/07 | Correspondence with US Attorney regarding stipulation correspondence to client. | .3 hrs |

20.5 hrs.

Legal Fee 20.5 hours @ $161.86/hr          $ 3,318.13